UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANUEL GUAMAN GUAMAN,

    Petitioner,

v.

KEVIN RAYCRAFT, Detroit Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities,

    Respondents.
_____/

Case No. 1:25-cv-1748

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## STIPULATED ORDER TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

**SO STIPULATED:**

Respectfully submitted,

Dated: December 18, 2025

/s/ *Laura Smith*
LAURA SMITH
ARDC 6300907
Laura@childrenslegalcenterchicago.org
Children's Legal Center
1100 W Cermak Rd., Suite 422
Chicago, Illinois 60608
312-722-6642
Attorney for Petitioner

|  |  |
|---|---|
|  | TIMOTHY VERHEY<br>United States Attorney |
| Dated: December 18, 2025 | /s/ *Kalen H. Pruss*<br>KALEN H. PRUSS<br>Assistant United States Attorney<br>Post Office Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>Kalen.Pruss@usdoj.gov<br>Attorney for Respondents |

**IT IS SO ORDERED:**

|  |  |
|---|---|
| Dated:  December 19, 2025 | /s/  Paul L. Maloney<br>Paul L. Maloney<br>United States District Judge |

2